| | | | |
|---|---|---|---|
| In Int of A.M.S.; Appeal of D.S. | 1850 MDA 2015 Affirmed | 07/08/2016 | 2015–0085 (York) |
| In Int of D.N.L.S.; Appeal of D.S. | 1851 MDA 2015 Affirmed | 07/08/2016 | 2015–0086 (York) |
| In Int of S.H.S.; Appeal of D.S. | 1852 MDA 2015 Affirmed | 07/08/2016 | 2015–0087 (York) |
| In re Adopt of W.D.S.; Appeal of D.S. | 1853 MDA 2015 Affirmed | 07/08/2016 | 2015–0088 (York) |
| In the Int of A.M.S.; Appeal of D.S. | 1854 MDA 2015 Affirmed | 07/08/2016 | CP–67–DP–113–2013 (York) |
| In the Int of D.N.L.S.; Appeal of D.S. | 1855 MDA 2015 Affirmed | 07/08/2016 | CP–67–DP–111–2013 (York) |
| In the Int of S.H.S.; Appeal of D.S. | 1856 MDA 2015 Affirmed | 07/08/2016 | CP–67–DP–110–2013 (York) |
| In the Int of: W.D.S. | 1857 MDA 2015 Affirmed | 07/08/2016 | CP–67–DP–0000112–2013 (York) |
| In re Adopt of O.S.G.W.; Appeal of L.A.W. | 1944 MDA 2015 Affirmed | 07/08/2016 | 41 Adoptions 2015 (Cumberland) |
| Com. v. Carruthers | 1957 MDA 2015 Affirmed | 07/08/2016 | CP–22–CR–0002107–2013 (Dauphin) |
| Com. v. Sipes | 1988 MDA 2015 Affirmed | 07/08/2016 | CP–28–CR–0001180–2013 (Franklin) |
| Com. v. Miller | 2157 MDA 2015 Affirmed | 07/08/2016 | CP–28–CR–0000626–2014 (Franklin) |
| In the Interest of: R.B., Jr. | 174 MDA 2016 Affirmed | 07/08/2016 | Adoptee 27 of 2015 (Northumberland) |
| In the Interest of: J.B. | 175 MDA 2016 Affirmed | 07/08/2016 | 28 of 2015 (Northumberland) |
| In the Interest of: G.B. | 176 MDA 2016 Affirmed | 07/08/2016 | Adoptee 29 of 2015 (Northumberland) |
| In the Interest of: A.B. | 177 MDA 2016 Affirmed | 07/08/2016 | Adoptee 30 of 2015 (Northumberland) |
| In the Interest of: A.B. | 178 MDA 2016 Affirmed | 07/08/2016 | 31 of 2015 (Northumberland) |
| Navarra v. Navarra | 620 WDA 2015 Affirmed and Modified | 07/08/2016 | 10282 of 2013 (Lawrence) |
| Estate of Kiefner; Appeal of Kiefner | 745 WDA 2015 Vacated and Remanded | 07/08/2016 | 02–14–00502 (Allegheny) |
| N.M.Y v. J.S.Y. | 1226 WDA 2015 Affirmed | 07/08/2016 | 2007–7233 (Washington) |
| Com. v. George | 1380 WDA 2015 Affirmed | 07/08/2016 | CP–10–CR–0000605–2008 (Butler) |